UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES R. KRICKLER,

                Plaintiff,

-vs-                                              Case No.  8:01-cv-2195-T-24EAJ

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
_____

## O R D E R

This cause comes before the Court for consideration of Roger W. Plata, Esq.'s ("the Petitioner") Amended Petition for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. No. 34).  The Petitioner indicates that he has conferred with opposing counsel, who does not object to the petition.

On July 4, 2004, this Court entered an Order in which it awarded the Petitioner $2,349.00 for attorney's fees and $150.00 for costs, for a total sum of $2,499.00, pursuant to the Equal Access to Justice Act 28 U.S.C. §2412 (Doc. No. 30).  The Petitioner now seeks an attorney's fee of $4,000.00, out of which he agrees to repay his client the $2,349.00 for attorney's fees previously awarded by this Court under the Equal Access to Justice Act.

Having considered the petition, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

    (1)    Roger W. Plata, Esq.'s Amended Petition for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. No. 34) is **GRANTED**.  The Petitioner is approved for a fee of $4,000.00 under 42 U.S.C. § 406(b).

(2)  The Petitioner will repay to his client the $2,349.00 for attorney's fees he previously received under the Equal Access to Justice Act.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of September, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record